United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| FRANCIS DEMAKPOR, <br> "Petitioner," <br><br> v. <br><br> PAMELA BONDI, *et al.*, <br> "Respondents," | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Civil Action No. 1:25-cv-00262

## ORDER

Before the Court are Petitioner's "Amendment to Petitioner's Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 29), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss" ("MTD") (Dkt. No. 15), "Report and Recommendation to Deny Petitioner's Habeas Petition in Part" ("Report and Recommendation") (Dkt. No. 45), "Petitioner's Objections to Report and Recommendation to Grant Petitioner's Habeas Petition in Part" ("Petitioner's Objections") (Dkt. No. 47), "Respondents' Objections to the Report and Recommendations" ("Respondents' Objections") (Dkt. No. 48).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 45) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that the Petition (Dkt. No. 29) is **GRANTED** in part and **DENIED** in part, and Respondents' MTD (Dkt. No. 15) is **DENIED** as moot. Respondents are **ORDERED** to cease using 8 U.S.C. § 1225(b)(1) as a basis to detain Petitioner. The Court **ORDERS** the Clerk of Court to close the case.

SIGNED this June 3, 2026

_____
Rolando Olvera
United States District Judge

1 / 1